IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **CAROLYN BARNES,**<br><br>    Plaintiff,<br><br>v.<br><br>**USAA FEDERAL SAVINGS BANK,**<br><br>    Defendant. | Civil Action No. 3:23-cv-00051 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Carolyn Barnes ("Plaintiff"), and Defendant, USAA Federal Savings Bank ("USAA FSB"), by counsel, hereby jointly request that this Court dismiss with prejudice Plaintiff's claims against USAA FSB in the above-styled action. The parties shall each bear their own costs, expenses and attorney's fees. Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Parties request and agree that the Court shall retain jurisdiction over any disputes arising under or related to the Settlement Agreement and Release executed by the Parties.

Dated: August 21, 2024

                                              Respectfully Submitted,

                                              **CAROLYN BARNES,**
                                              *By Counsel*

                                              */s/ Kristi C. Kelly*
                                              Kristi C. Kelly, VSB #72791
                                              Andrew J. Guzzo, VSB #82170
                                              Casey S. Nash, VSB #84261
                                              Matthew Rosendahl, VSB #93738
                                              KELLY GUZZO, PLC
                                              3925 Chain Bridge Road, Suite 202
                                              Fairfax, Virginia 22030
                                              Tel: (703) 424-7572

Fax: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: matt@kellyguzzo.com

*Counsel for Plaintiff Carolyn Barnes*


**USAA FEDERAL SAVINGS BANK**,
*By Counsel*

*/s/ Alexander R. Green (with permission)*
Alexander R. Green, Esq. (VSB No. 83937)
Alyssa L. Szymczyk, Esq. (VSB No. 89816)
MCGLINCHEY STAFFORD PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Tel: (202) 802-9944
Fax: (202) 380-0885
agreen@mcglinchey.com
aszymczyk@mcglinchey.com

*Counsel for Defendant USAA Federal Savings Bank*